1 | BENJAMIN B. WAGNER
United States Attorney
2 | ANA MARIA MARTEL
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  (916) 554-2726

5 | Attorneys for Plaintiff

6 |

7 | IN THE UNITED STATES DISTRICT COURT FOR THE

8 | EASTERN DISTRICT OF CALIFORNIA

9 |

10 | UNITED STATES OF AMERICA,           )
                                    )
11 |             Plaintiff,           )   1:05-MJ-00193-SMS
      v.                            )
12 |                                 )
JOSEPH A.  FREEMAN,                 )   PETITION FOR REMISSION OF
13 |                                 )   FINE; ORDER
             Defendant.            )
14 |                                 )

15 | **UNITED STATES OF AMERICA'S PETITION FOR REMISSION OF FINE**

16 |

17 | The United States of America petitions this Court pursuant to 18

18 | U.S.C. § 3573 for remission of the unpaid criminal fine owed by the

19 | defendant, Joseph A.  Freeman.

20 | 1.  Mr. Freeman was sentenced by this court on

21 | February 1, 2006, to pay a statutory assessment of $10.00 and a fine

22 | of $500.00.  The current unpaid portion of the fine is $50.00.

23 | 2.  Title 18 U.S.C. § 3573 states in part, as follows:

24 | Upon petition by the Government showing that
reasonable efforts to collect a fine or assessment
25 | are not likely to be effective, the court may, in
the interest of justice-

26 |

27 |

28 | 1

1          (1) remit all or part of the unpaid portion of the
             fine or special assessment, including interest and
2            penalties.

3      3.   The United States Attorney has determined that there is no

4  reasonable likelihood that expending further efforts will result in

5  the collection of the unpaid portion of the fine.  Any further efforts

6  would be contrary to the interests of the United States, as such

7  efforts would needlessly expend resources that could be better

8  directed to areas with greater potential for recovery.

9      ACCORDINGLY, the United States petitions this Court pursuant to

10 18 U.S.C. § 3573 for an Order remitting the outstanding balance of the

11 fine owed by the defendant Joseph A.  Freeman.

12 DATED: April 29, 2010          Respectfully submitted,

13                                BENJAMIN B. WAGNER
                                  United States Attorney
14
                                  */s/ Ana Maria Martel*
15                          By: _____
                                  ANA MARIA MARTEL
16                                Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28                                  2

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )         1:05-MJ-00193-SMS
                                    )
      v.                            )
                                    )
JOSEPH A.   FREEMAN,                )
                                    )
              Defendant.            )
_____)

### ORDER FOR REMISSION OF FINE

      This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573.  The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

      ORDERS that the unpaid portion of the criminal fine imposed against the defendant Joseph A.  Freeman is hereby remitted.

IT IS SO ORDERED.

Dated:    April 30, 2010                  /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

Order for Remission of Fine                    1